# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE *BORD DE MER*, AN 1865 PASTEL-ON-PAPER PAINTING BY CLAUDE MONET | * | CASE NO. 24-1008 |
| | * | SECT. L(5) |
| | * | JUDGE FALLON |
| | * | MAG. NORTH |

## FINAL CONSENT JUDGMENT

Before the Court are joint stipulations and a motion for entry of a final consent judgment filed by plaintiff-in-interpleader, the United States of America, and defendants-in-interpleader, Anne Webber, in her capacity as attorney-in-fact for Françoise Parlagi and Helen Lowe, Bridget Vita, Brooklyn Schlamp, in her capacity as independent executrix of the estate of Kevin Schlamp, and M.S. Rau, LLC:

**IT IS ORDERED** that, for the reasons provided in the parties' joint motion and stipulations, which the Court accepts, the parties' joint motion for entry of final consent judgment is hereby **GRANTED**.

**FINAL JUDGMENT** is hereby entered in favor of Anne Webber, in her capacity as attorney-in-fact for Françoise Parlagi and Helen Lowe, and against all other parties, awarding Webber, on behalf of Françoise Parlagi and Helen Lowe, full ownership, possession, custody, and control of the res in this interpleader action, namely, Claude Monet's *Bord de Mer*, an 1865 pastel-on-paper painting measuring 7 by 11 in., currently in the custody of the Federal Bureau of Investigation.

The Federal Bureau of Investigation shall coordinate with Webber regarding the time, place, and other logistics necessary to transfer physical custody of the painting to Webber and/or the Parlagi heirs, which transfer shall occur within a reasonable period of time after entry of this final consent judgment.

Any remaining claims inconsistent with the relief granted in this final judgment are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs and fees.

New Orleans, Louisiana, this 9th day of May, 2024.

_____
United States District Judge